IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM PATRICK MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:17-cv-553-GMB |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner, Social Security Administration, | ) ) ) | [wo] |
| | ) | |
| Defendant. | ) | |

## **FINAL JUDGMENT**

In accordance with the Order entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

1. The decision of the Commissioner is REVERSED, and this action is REMANDED for additional proceedings consistent with the court's Memorandum Opinion and Order.

2. With respect to all claims in this action against Defendant Nancy A. Berryhill, judgment is ENTERED in favor of Plaintiff William Patrick Miller and against Defendant Nancy A. Berryhill.

3. Costs are TAXED as paid.

4. The Clerk of Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close the file.

DONE this 18th day of October, 2018.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE